IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ERIE BAKER,                      )
                                 )
     Plaintiff,                  )
                                 )        CIVIL ACTION NO.
     v.                          )         2:16cv367-MHT
                                 )            (WO)
SILBLEY REYNOLDS, Judge,         )
et al.,                          )
                                 )
     Defendants.                 )

OPINION

Plaintiff, who is pro se, filed this lawsuit alleging that she was sexually assaulted while an inmate at the Elmore County Jail around 2001, that she convicted of a crime she did not commit, and that the defendants conspired against her in an effort to take away her elderly husband's land. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2017.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**