IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIE BAKER,                    )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:16cv367-MHT
                               )            (WO)
SILBLEY REYNOLDS, Judge,       )
et al.,                        )
                               )
    Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 20th day of November, 2017.

                                     /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE